UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CHER LYNN DESFOSSES,

                  Plaintiff,

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

6:24-cv-00880-AA

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Cher Lynn Desfosses, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees and expenses in the amount of Eight Thousand One Hundred Ninety-Seven Dollars and Eight Cents ($8,197.08) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Suzanne Gaffke. Any costs may be paid either by electronic fund transfer (EFT) or by check.

Whether the check is made payable to Plaintiff or to Suzanne Gaffke, the check shall be mailed to Suzanne Gaffke at the following address:

250 South Clinton Street
Suite 210
Syracuse, NY 13202

So ordered.

Date: __6/13/2025_____               /s/Ann Aiken_____
                                                     Hon. Ann Aiken
                                                     Senior United States District Judge